**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

HARPREET KAIR
Senior Attorney
Licensed in NY
Email: hkaur@garfunkelwild.com
Direct Dial: (516) 393-2239

FILE NO.: 14457.0013

March 7, 2025

**By ECF**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    Thomson v. The Research Foundation for the SUNY
              Docket No. 2:24-CV-00037

Dear Judge Tiscione:

    We represent Defendant in the referenced matter. We write jointly with counsel for Plaintiff Donna Thomson ("Plaintiff," and together with Defendant, referred to collectively as the "Parties") to respectfully request that the Court adjourn the settlement conference currently scheduled at 11:00am on March 10, 2025.

    The reason for this request is that counsel for the Parties have conferred regarding settlement and believe that there is no reasonable likelihood of settlement at this time due to the fact that discovery is ongoing. Additionally, counsel for Defendant is not available on March 10, 2025.

    This is the Parties first request to adjourn the settlement conference. We thank Your Honor for your time and attention to this matter.

                              Respectfully submitted

                              */s/ Harpreet Kaur*

                              Harpreet Kaur

cc:    All Counsel of Record